EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 22-960

JACQUELINE FITZPATRICK AND )
DENNIS FITZPATRICK, )
 )
                Plaintiffs )
 )
v. )
 )
LIF DERVISHOLLI AND )
USA FREIGHT, INC., )
 )
                Defendants )

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

FEB 1 0 2022

CLERK

## COMPLAINT

1.    The plaintiff, Jacqueline Fitzpatrick, resides in Billerica, Middlesex County, Massachusetts.

2.    The plaintiff, Dennis Fitzpatrick, resides in Billerica, Middlesex County, Massachusetts.

3.    At all times relevant hereto, Dennis Fitzpatrick has been and is the spouse of Jacqueline Fitzpatrick.

4.    The defendant, Lif Dervisholli, resides in East Rochester, New York.

5.    The defendant, USA Freight, Inc., is a corporation with a principal place of business in Des Plaines, Illinois.

COUNT I
(Jacqueline Fitzpatrick v. Lif Dervisholli/Negligence)

6.    On or about November 1, 2019, the plaintiff, Jacqueline Fitzpatrick, was injured when her motor vehicle was struck by a vehicle driven by the defendant, Lif Dervisholli, such accident occurring on Route 495 in Merrimac, Essex County, Massachusetts.

1

7.      The aforementioned accident on November 1, 2019 occurred as a result of the negligence of the defendant, Lif Dervisholli, and the plaintiff, Jacqueline Fitzpatrick's injuries occurred as the direct and proximate result of the negligence of the defendant, Lif Dervisholli.

8.      As a result of the negligence of the defendant, Lif Dervisholli, the plaintiff, Jacqueline Fitzpatrick, suffered severe and painful injuries, suffered great pain of body and mind, was obliged to spend money for medical attention and services, suffered lost wages, and suffered additional out-of-pocket and consequential damages.

## COUNT II
### (Jacqueline Fitzpatrick v. USA Freight, Inc./Agent)

9.      The plaintiffs repeat, reallege and incorporate by reference as if set forth herein the entire paragraphs 1 through 8, above.

10.     On or about November 1, 2019, USA Freight, Inc., was the registered owner of the vehicle operated by the defendant, Lif Dervisholli, which was involved in the aforementioned collision on Route 495 in Merrimac, Essex County, Massachusetts with the vehicle operated by Jacqueline Fitzpatrick, which resulted in injuries to Jacqueline Fitzpatrick.

11.     At the time of such collision, the defendant, Lif Dervisholli, was operating defendant USA Freight, Inc.'s vehicle under the control of the defendant, USA Freight, Inc.

12.     At the time of such collision, the defendant, Lif Dervisholli, was operating defendant USA Freight, Inc.'s vehicle as the agent of the defendant, USA Freight, Inc.

13.     The aforementioned collision occurred as the result of the negligence of the defendant, Lif Dervisholli. As the direct result of the negligence of the defendant, Lif Dervisholli, who was operating defendant USA Freight, Inc.'s vehicle under USA Freight, Inc.'s control and as its agent, the plaintiff, Jacqueline Fitzpatrick, has suffered serious and permanent injuries of body and mind, and incurred expenses for medical care and attendance.

2

14.    As a result of the foregoing, the plaintiff, Jacqueline Fitzpatrick, is entitled to recover against defendant, USA Freight, Inc., for all of her damages.

## COUNT III
### (Dennis Fitzpatrick v. Lif Dervisholli/Negligence)

15.    The plaintiffs repeat, reallege and incorporate by reference as if set forth herein the entire paragraphs 1 through 14, above.

16.    The plaintiff, Dennis Fitzpatrick, is and has been at all times relevant to this action, the husband of the plaintiff, Jacqueline Fitzpatrick.

17.    As a direct and proximate result of the aforementioned accident, which occurred as the direct and proximate result of the negligence of the defendant, Lif Dervisholli, as set forth above, the plaintiff, Dennis Fitzpatrick, has suffered a loss of consortium and a loss of the companionship, support and nurturing of his wife, the plaintiff, Jacqueline Fitzpatrick.

## COUNT IV
### (Dennis Fitzpatrick v. USA Freight, Inc./Agent)

18.    The plaintiffs repeat, reallege and incorporate by reference as if set forth herein the entire paragraphs 1 through 17, above.

19.    On or about November 1, 2019, USA Freight, Inc. was the registered owner of the vehicle operated by the defendant, Lif Dervisholli, which was involved in a collision on Route 495 in Merrimac, Essex County, Massachusetts, which resulted in injuries to the plaintiff, Jacqueline Fitzpatrick.

20.    At the time of such collision, the defendant, Lif Dervisholli, was operating defendant USA Freight, Inc.'s vehicle under the control of the defendant, USA Freight, Inc.

3

21.     At the time of such collision, the defendant, Lif Dervisholli, was operating defendant USA Freight, Inc.'s vehicle as the agent of the defendant, USA Freight, Inc.

22.     The aforementioned collision occurred as the result of the negligence of the defendant, Lif Dervisholli.  As the direct result of the negligence of the defendant, Lif Dervisholli, who was operating defendant USA Freight, Inc.'s vehicle under USA Freight, Inc.'s control and as its agent, as set forth above, the plaintiff, Dennis Fitzpatrick, has suffered a loss of consortium and a loss of the companionship, support and nurturing of his wife, the plaintiff, Jacqueline Fitzpatrick.

23.     As a result of the foregoing, the plaintiff, Dennis Fitzpatrick, is entitled to recover against defendant, USA Freight, Inc., for all of his damages.

WHEREFORE, the plaintiffs, Jacqueline Fitzpatrick and Dennis Fitzpatrick, respectfully request that this Honorable Court enter a judgment in favor of the plaintiffs and against the defendants, in the amount of the plaintiffs' damages, costs, expenses and interest.

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS

Respectfully submitted,
Jacqueline Fitzpatrick and
Dennis Fitzpatrick, Plaintiffs,
By their attorney,

David C. McBride
B.B.O. No. 326910
19 Cherry Street
Danvers, MA 01923-3562
(978) 777-7733

Dated:  February 10, 2022

4